**Romeo RAMIREZ–GARCIA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72911.

United States Court of Appeals, Ninth Circuit.

Argued Nov. 2, 2009.

Submitted Dec. 16, 2013.

Filed Dec. 24, 2013.

Holly Stafford Cooper, Esquire, Law Offices of Holly Cooper, Davis, CA, for Petitioner.

Melissa Lynn Neiman–Kelting, Senior Litigation Counsel, Oil, Arthur Leonid Rabin, Trial, Ann M. Welhaf, U.S. Department of Justice, Washington, DC, Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

BEFORE: CANBY, GRABER and RAWLINSON,* Circuit Judges.

---

* Judge Rawlinson was drawn to replace Judge B. Fletcher. She has read the briefs, reviewed the record and listened to the audio of the oral argument.

502

## ORDER **

The unopposed petition for review in this case is granted, and the order of removal of petitioner is vacated.

PETITION FOR REVIEW GRANTED; REMOVAL ORDER VACATED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.